# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR HOLDINGS INC. | CIVIL ACTION |
| VERSUS | NO: 06-4685 |
| COMMONWEALTH INSURANCE COMPANY, ET. AL. | SECTION: "C" (1) |

## ORDER AND REASONS

On September 29, 2009, the Court granted the Motion for Reconsideration by Commonwealth Insurance Company ("Commonwealth") (Rec. Doc. 164). On October 7, 2009, the Court ordered the parties to submit memoranda addressing any remaining issues prior to closure of the case. (Rec. Doc. 165). The parties' responsive memoranda address the outstanding issues regarding the amount of the judgment (Rec. Docs. 166, 167).

The parties now agree that the principal amount in dispute is $3,197,084. (Rec. Doc. 166 at 9, 167 at 2). However, SEACOR claims that it is also entitled to pre-judgment interest, post judgment interest, and costs. (Rec. Doc. 167 at 2).

The award of costs under Federal Rule of Civil Procedure 54(d) and post-judgment interest under 28 U.S.C. § 1961 do not appear to be disputed (Rec. Doc. 166). Whether SEACOR is entitled to pre-judgment interest is also not disputed. Thus, the only remaining issues are the rate and timing of pre-judgment interest.

The Fifth Circuit has held that in diversity cases, prejudgment interest is governed by state law. *Travelers Ins. Co. v. Liljeberg Enterprises, Inc.*, 7 F.3d 1203, 1208 (5th Cir. 1993). In Louisiana, pre-judgment interest is governed by La. R.S. 9:3500 (2009), which establishes the

1

rate of interest as that set forth in La. R.S. 13:4202. Under Louisiana law, that rate applies from the date of judicial demand. *Trans-Global Alloy, Ltd. v. First National Bank of Jefferson Parish*, 583 So.2d 443, 459 (La. 1991); *see Prytania Park Hotel v. General Star Indem. Co.*, 1997 WL 250023 at *1 (E.D. La. 1997).

Commonwealth argues that pre-judgment interest should run from January 2, 2007, the date on which SEACOR "presented its claim to Commonwealth." (Rec. Doc. 166). SEACOR does not appear to dispute that this is the date of judicial demand. (Rec. Doc. 167 at 4).

Accordingly,

**IT IS ORDERED** that plaintiffs are awarded a principal amount of $3,197,084. Plaintiffs are awarded prejudgment interest at the rate established in La. R.S. 13:4202 from January 2, 2007, to the date of judgment, and post-judgment interest at the rate established by 28 U.S.C. § 1961(a). Plaintiffs are also awarded costs.

New Orleans, Louisiana, this 28th day of December, 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE